UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

       v.                               Case No. 07-cr-78-01-SM

<u>Christopher Robinson</u>


<u>O R D E R</u>

     Defendant's assented-to motion to continue the trial (document no. 9) is granted. Trial has been rescheduled for the September 2007 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than June 5, 2007. On the filing of such waiver, his continuance shall be effective.

     The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the

exercise of due diligence under the circumstances.

    Final Pretrial Conference:  August 24, 2007  2:30 PM

    Jury Selection:  September 5, 2007 at 9:30 AM

    SO ORDERED.

May 30, 2007

                              Steven J. McAuliffe
                              Chief Judge

cc:  Peter Papps, Esq.
     James Dennehy, Esq.
     U. S. Probation
     U. S. Marshal