UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                    Case No. 07-cr-78-01-SM

Christopher Robinson

O R D E R

      Defendant's assented-to motion to continue the trial (document no. 14) is granted.. Trial has been rescheduled for the November 2007 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than August 31, 2007. On the filing of such waiver, his continuance shall be effective.

      The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference:   October 26, 2007 at 4:30 PM

Jury Selection:   November 6, 2007 at 9:30 AM

SO ORDERED.


August 27, 2007   /s/ Steven J. McAuliffe
  Steven J. McAuliffe
  Chief Judge

cc:  Peter Papps, Esq.
     James Dennehy, Esq.
     U. S. Probation
     U. S. Marshal