UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


United States of America

v.                                    Case No. 07-cr-78-01-SM

Christopher Robinson


O R D E R


Defendant's assented-to motion to continue the trial (document no. 22) is granted.. Trial has been rescheduled for the January 2008 trial period.  Defendant shall file a Waiver of Speedy Trial Rights not later than November 2, 2007.  On the filing of such waiver, his continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation  taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference:     December 19, 2007 at 4:30 PM

Jury Selection:     January 8, 2008 at 9:30 AM

SO ORDERED.


October    , 2007                       _____

                                       Steven J. McAuliffe
                                       Chief  Judge

cc:   Peter Papps, Esq.
      James Dennehy, Esq.
      U. S. Probation
      U. S. Marshal