UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                    Case No. 07-cr-78-01-SM

Christopher Robinson

O R D E R

Defendant's assented-to motion to continue the trial (document no. 31) is granted.. Trial has been rescheduled for April 2008 trial period.  Defendant shall file a Waiver of Speedy Trial Rights not later than March 7, 2008.  On the filing of such waiver, his continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation  taking into account the exercise of due diligence under the circumstances.

    Final Pretrial Conference:      March 18, 2008 at 11:30 AM

    Jury Selection:      April 1, 2008 at 9:30 AM

    SO ORDERED.

March 3, 2008

                               _____
                               Steven J. McAuliffe
                               Chief Judge

cc:  Peter Papps, Esq.
     James Dennehy, Esq.
     U. S. Probation
     U. S. Marshal